FILED

2010 JUL -1  AM 8: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff/Respondent,<br>vs.<br><br>MARTIN PARRA-SALGADO,<br><br>                     Defendant/Petitioner. | CASE NO. 10-CV-1322 BEN<br>(09-CR-3155)<br><br>ORDER DENYING CERTIFICATE<br>OF APPEALABILITY |

Concurrently herewith, the Court entered judgment denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence ("Motion") under 28 U.S.C. § 2255. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2255; 28 U.S.C. § 2253; Fed.R.App.P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Motion.

A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000). "The issue of whether to grant a COA 'becomes somewhat more complicated where, as here, the district court dismisses the (claims) based on procedural grounds.'" *Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000), quoting *Slack*

10cv1322/ 09cr3155

1  *v. McDaniel*, 529 U.S. 473, 484 (2000).  In that situation, this Court "must decide whether 'jurists of

2  reason would find it debatable whether the petition states a valid claim of the denial of a constitutional

3  right'" and "whether 'jurists of reason would find it debatable whether the district court was correct

4  in its procedural ruling.'" *Id.*

5       In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner

6  was denied a constitutional right or that the district court was not correct in its procedural ruling.

7  *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026.  Accordingly, the Court hereby **DENIES**

8  certificate of appealability to all claims set forth in Petitioner's Motion.

9  **IT IS SO ORDERED**.

10 Date: 6/30, 2010

Hon. Roger T. Benitez
Judge, United States District Court

- 2 -